JS 91
Rev. 11/97

**CRIMINAL COMPLAINT**   ORIGINAL

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JUAN CARLOS LEYVA-RAZO,<br>aka "JUAN RAZO", "LEYVA JUAN CARLOS" and "RAZO JUAN CARLOS" | DOCKET NO.<br><br>ED 07-0165M<br><br>MAGISTRATE'S CASE NO.<br><br>FILED<br>CLERK, U.S. DISTRICT COURT<br>JUN - 1 2007<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY RIVERSIDE CA DEPUTY |

Complaint for violation of Title 8, United States Code, Section 1326

| NAME OF MAGISTRATE JUDGE<br>HONORABLE JOHN C. RAYBURN, JR. | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Central District of California<br>Riverside, CA |
|---|---|---|
| DATE OF OFFENSE<br>May 18, 2007 | PLACE OF OFFENSE<br>San Bernardino County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about May 18, 2007, defendant JUAN CARLOS LEYVA-RAZO, aka "Juan Razo", "Leyva Juan Carlos" and "Razo Juan Carlos", an alien, was found in San Bernardino County, within the Central District of California, after having been officially deported or removed from the United States on or about June 25, 1997, September 21, 1998 and August 9, 2002, without having obtained permission from the Attorney General of the United States or his designated successor, the Secretary for Homeland Security, to reapply for admission to the United States after such deportation or removal.

It is further alleged that defendant's deportations and removals from the United States on or about June 25, 1997, September 21, 1998 and August 9, 2002 occurred subsequent to defendant's convictions for the following felonies:

Illegal Entry, in violation of Title 8, U.S.C. Section 1325, on or about June 17, 1999, in the United States Southern District of California, Case Number 98CR2953-IEG, for which defendant was sentenced to 48 months imprisonment.

Assault with a Firearm, in violation of Penal Code Section 245(a)(2), on or about October 6, 1997, in the County Municipal Court, County of San Bernardino, Case Number FVA008376, for which defendant was sentenced to 1 year imprisonment.

Second Degree Burglary of Vehicle, in violation of Penal Code Section 459, on or about March 25, 1996, in the County Municipal Court, County of San Bernardino, Case Number FVA05551, for which defendant was sentenced to 2 years imprisonment.

Attempted Robbery in violation of Penal Code Section 664/211, on or about May 8, 1995, in the Superior Court of California, for the County of San Bernardino, Case Number FVA04091, for which defendant was sentenced to 8 months imprisonment.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>Donna Gross |
|---|---|
| | OFFICIAL TITLE<br>United States Department of Homeland Security, Immigration and Customs Enforcement |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE June 1, 2007<br>11:30 am |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

AFR:gh REC:Detention

## AFFIDAVIT

I, Donna Gross, being duly sworn, hereby depose and say:

1. I am a Deportation Officer with the United States Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") and I have been so employed since May 2006. I am currently assigned to the San Bernardino Detention and Removals office.

2. This affidavit is made in support of a criminal complaint charging JUAN CARLOS LEYVA –RAZO ("RAZO"), also known as "JUAN RAZO," "LEYVA JUAN CARLOS," "RAZO JUAN CARLOS" with a violation of Title 8, United States Code, Section 1326, Reentry of removed alien.

3. Based on my training and experience, I know that the United States Department of Homeland Security ("DHS") maintains Alien Registration Files ("A-Files") which contain immigration records for aliens admitted to or found within the United States. Based on my review of many such A-Files, I know that they contain photographs, fingerprints, court records, and records of deportations or removals relating to the alien for whom DHS maintains the A-File.

4. I have reviewed A-File No. XX XXX 381, the A-File DHS maintains on RAZO. Based on my review, I learned the following:

   a. A-File No. XX XXX 381 contains an executed I-205 Warrants of Removal/Deportation, indicating that RAZO was officially removed/deported from the United States on June 25, 1997, September 21, 1998, and again on August 09, 2002. Based on my training and experience, I know that an I-205 Warrant of Removal/Deportation documents the execution of an order directing the

1

removal of an alien from the United States, and an I-205 Warrant of Removal/Deportation is executed when an alien is removed or deported from the United States. An I-205 Warrant of Removal/Deportation will generally have a photograph and the right index fingerprint of the alien removed or deported. A photograph of RAZO is affixed to the I-205 Warrant of Removal/Deportation contained in A-File No. XX XXX 381.

     b.    A-File No. XX XXX 381 contains photographs of the alien for whom that file is maintained. On June 01, 2007, I personally saw RAZO and he appears to be the person depicted in the photographs.

     5.    On May 18, 2007, 287-G Custody Specialist Griselda Rios- Aguirre interviewed RAZO at the West Valley Detention Center in San Bernardino, California. Officer Aguirre who has been trained in the review and analysis of immigration records, made an initial determination that he might be in violation of U.S.C 1326. Custody Specialist Aguirre interviewed RAZO and prepared a report of her interview. A copy of that report is in A-File xx xxx 381. I have reviewed the report, which indicates (a) that RAZO admitted he was born in Mexico on September 09, 1976; (b) that he illegally entered the United States in or about December 2006, by walking through the line in TIJUANA; (c) that he makes no claim of United States citizenship or other legal resident status. RAZO was transferred into ICE custody on May 22, 2007.

     6.    A-File No. XX XXX 318 contains copies of court records showing that RAZO has been convicted of the following crime(s):

     a.    8 USC 1325 Illegal Entry violation of Title 8,United States Code, Section 1325 in the United States Southern District

of California, Case No 98CR2953-IEG, on or about June 17, 1999, for which RAZO was sentenced to 48 MONTHS imprisonment.

b. Assault with a Firearm in violation of Penal Code Section 245(a)(2) in the County Municipal Court District, County of San Bernardino, California Case No FVA008376, on or about October 06, 1997, for which RAZO was sentenced to 1 year imprisonment.

c. Second Degree Burglary Of Vehicle in Violation of Penal Code Section 459 in the County Municipal Court District, County Of San Bernardino, California Case No FVA05551, on or about March 25, 1996, for which RAZO was sentenced to 2 years imprisonment.

d. Attempted Robbery in Violation of Penal Code Section 664/211 in the Superior Court of California, for the County Of San Bernardino, Case No FVA04091 on or about May 08, 1995, for which RAZO was sentence to 8 Months.

7. In reviewing A-File XX XXX 381, I was unable to locate any record of RAZO ever applying for, or receiving, the permission of the United States Attorney

3

General or the Secretary of the Department of Homeland Security to re-enter the United States following deportation or removal. Based on my training and experience, I know that such permission is required to re-enter the United States legally after deportation, and that if such permission had been granted, it would have been documented in RAZO's A-File.

8. Based on the foregoing, I submit that there is probable cause to believe that RAZO has violated Title 8, United States Code, Section 1326, Reentry of removed alien.

_____
Donna Gross
Deportation Officer-ICE


Subscribed and sworn to before me
on this ____1ˢᵗ____ day of JUNE 2007

_____
THE HONORABLE JOHN C. RAYBURN, JR
UNITED STATES MAGISTRATE JUDGE

4